# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

AAMINAH USSABUR,

    Plaintiff,

v

MANPOWERGROUP, INC., a Wisconsin domestic business corporation; and AMWAY CORP., a Virginia foreign profit corporation,

    Defendants.

Case No. 1:16-cv-00593

HON. JANET T. NEFF

---

Lena F. Masri (P73461)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, MICHIGAN
30201 Orchard Lake Rd., Suite 260
West Bloomfield, Michigan 48325
(248) 559-2247
lmasri@cair.com

*Attorney for Plaintiff*

Edward J. Bardelli (P53849)
Margaret S. Jozwiak (P76755)
Danyale M. Phillips (P80265)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
(616) 752-2165
ebardelli@wnj.com
mjozwiak@wnj.com
dphillips@wnj.com

*Attorneys for Defendant Amway Corporation (now known as Alticor Inc.) and Access Business Group LLC*

Thomas E. Deer
Colleen G. DeRosa
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
(312) 558-1220
thomas.deer@ogletreedeakins.com
colleen.derosa@ogletreedeakins.com

*Attorneys for Defendant Manpower US Inc.*

---

**NOTICE OF APPLICATION FOR ADMISSION TO THE BAR OF**
**THE U.S. DISTRICT COURT OF WESTERN DISTRICT OF MICHIGAN**

The instant case was filed by Plaintiff's counsel Lena F. Masri, Esq., Legal Director of the Council on American Islamic Relations, Michigan (CAIR-MI) on May 23, 2016. In addition to Lena F. Masri, Esq., the Complaint also listed Romin Iqbal, Esq., Staff Attorney for the Council on American Islamic Relations, Ohio (CAIR-OH) as co-counsel for Plaintiff. Counsel Romin Iqbal, Esq. resides and works in Dublin, Ohio. Counsel Romin Iqbal, Esq. was inadvertently added as co-counsel on the Complaint as he is not a member of the bar of United States District Court for the Western District of Michigan. He is, on the other hand, a member of the bar of United States District Court for the Eastern District of Michigan.

Upon realizing this error, Counsel Romin Iqbal has applied today for membership to the bar of the United States District Court for the Western District of Michigan. (Exhibit A). Accordingly, Counsel Romin Iqbal will not participate in any Court proceedings or the drafting of pleadings until his membership to bar is accepted by the United States District Court for Western District of Michigan.

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, MICHIGAN

*/s/ Lena Masri*_____
LENA F. MASRI (P73461)
Attorney for Plaintiff
30201 Orchard Lake Rd., Ste. 260
Farmington Hills, MI 48334
Phone:  (248) 559-2247
lmasri@cair.com

Dated: November 7, 2016

3

## CERTIFICATE OF SERVICE

I hereby certify that November 7, 2016 a true and correct copy of the foregoing was filed with the Clerk of Court of the U.S. District Court of the Western District of Michigan.

/s/ Lena Masri