Electronic 06/15

# PETITION FOR ADMISSION
(Local Civil Rule 83.1/Criminal Rule 57.1)

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

1. Name: __ROMIN IQBAL__
   FIRST / MIDDLE / LAST

2. Firm Name: __CAIR-OHIO__

   Business Address: __SUITE B2__
   ROOM / SUITE / FLOOR / BUILDING

   __4242 TULLER ROAD__
   STREET ADDRESS

   __DUBLIN, OHIO, 43017__
   CITY / STATE / ZIP

   Business Telephone Number: __614-451-3232__

3. Identify all states (including the District of Columbia) in which you have been admitted to practice before the state's highest court, the date of admission, and whether you are in active status and good standing in that jurisdiction. If you are not in active status and good standing, explain on an attached sheet.

| | Jurisdiction | Date | Active Status & Good Standing? | Bar Number |
|---|---|---|---|---|
| 1. | OHIO | 05/08/2006 | Yes | 0080146 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

4. Identify all federal courts (Supreme Court, Circuit Courts, District Courts, specialty courts) in which you have been admitted to practice, the date of admission, and status. If you are not in active status and good standing, explain on an attached sheet.

| | Court | Date | Active Status & Good Standing? | Bar Number |
|---|---|---|---|---|
| 1. | S.D. OF OHIO | 07/25/2008 | YES | 0080146 |
| 2. | N.D. OF OHIO | 01/15/2010 | YES | 0080146 |
| 3. | 6th Circuit Ct. of Appeals | 04/21/2010 | Yes | 0080146 |
| 4. | E.D. OF MICHIGAN | 09/27/2012 | Yes | 0080146 |
| 5. | | | | |
| 6. | | | | |

5. Have you ever been held in contempt of court or otherwise subjected to discipline as defined by the Local Rules of the Western District of Michigan? NO

If so, nature and disposition thereof: _____

*Pursuant to Local Civil Rule 83.1(d)(iii) and Criminal Rule 57.1(d)(iii), if an applicant has been subject to discipline, this petition must be accompanied by a copy of the entire disciplinary record, including complaints, answers, hearing transcripts and orders entered in the disciplinary proceedings.

6. Have you ever been convicted of any felony or misdemeanor? (*You need not report a misdemeanor conviction occurring before commencement of law school.*) If so, explain the facts and circumstances:

NO

7.  ☐ I am newly admitted to the State Bar of _____ and request a waiver of the sponsorship requirement. [One year or less from time of application.] No other waivers will be granted except in extraordinary circumstances.

8.  ☑ I will make electronic payment of the $200.00 admission fee as instructed by the Clerk.

9.  ☑ I have read the Local Rules of the Western District of Michigan (www.miwd.uscourts.gov).

10. ☑ This application is continued on an attached page.

I swear (or affirm) that the above information is accurate and correct to the best of my knowledge and belief.

_11-06-2016_
DATED

[signature]
SIGNATURE OF APPLICANT

**Statement of a sponsoring attorney of the Bar of this court**, stating when the sponsoring attorney was admitted to practice in this court, under what circumstances the attorney has known the applicant, that the attorney knows the applicant to be of good character and reputation, and that the attorney believes the applicant to be well qualified as a member of the Bar of this court. For applicants residing in another state, the sponsor may be a judge of a court of record of that state, or a federal judge.

I have litigated with Mr. Romen Iqbal over the course of several years on cases. Mr. Iqbal has shown the utmost professionalism and good character, and would make an excellent addition to practice in this court.

Lena F. Masri Esq.
SPONSORING ATTORNEY'S NAME

[signature]
SIGNATURE OF SPONSORING ATTORNEY OR JUDGE

11/7/2016
DATED

P73461
STATE BAR I.D. NO.