UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AAMINAH USSABUR,

       Plaintiff,                         Case No. 1:16–cv–00593–JTN–ESC

v.                                    Hon. Janet T. Neff

ACCESS BUSINESS GROUP, LLC, et al.,

       Defendants.
_____/

## ORDER

      The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Janet T. Neff, shall be filed with the Court by April 5, 2017. The early settlement conference set for March 10, 2017, is canceled.

      IT IS SO ORDERED.

Dated: March 8, 2017                             /s/ Ellen S. Carmody
                                                         ELLEN S. CARMODY
                                                         U.S. Magistrate Judge