# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AAMINAH USSABUR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANPOWER US, INC., a Wisconsin )<br>domestic business corporation; )<br>)<br>ALTICOR, INC., a Virginia foreign profit )<br>corporation; )<br>)<br>and )<br>)<br>ACCESS BUSINESS GROUP, LLC, a )<br>Michigan limited liability corporation; )<br>)<br>Defendants. ) | Case No. 1:16-cv-00593<br><br>Honorable Janet T. Neff<br><br>Magistrate Judge Ellen S. Carmody |

---

Lena F. Masri, Esq.
**CAIR NATIONAL**
453 New Jersey Avenue, SE
Washington, DC 20003
*lmasri@cair.com*

*Attorney for Plaintiff*

Edward J. Bardelli, Esq.  (P53849)
Margaret S. Jozwiak, Esq.(P76755)
Danyale M. Phillips, Esq. (P80265)
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
*ebardelli@wnj.com*
*mjozwiak@wnj.com*
*dphillips@wnj.com*

*Attorneys for Defendants Alticor, Inc. and Access Business Group, LLC*

Thomas E. Deer
Colleen G. DeRosa
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
Facsimile:   312.807.3619
*thomas.deer@ogletreedeakins.com*
*colleen.derosa@ogletreedeakins.com*

*Attorneys for Defendant Manpower US, Inc.*

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Aaminah Ussabur and Defendants Manpower US, Inc., Alticor, Inc., and Access Business Group, LLC, that Plaintiff's Complaint, including all claims raised or which could have been raised against Defendants and their parent or affiliated companies as of the date of the entry of this Order are dismissed with prejudice and without costs, interest or attorney fees to any party. **THIS IS A FINAL ORDER THAT DISPOSES OF ALL CLAIMS IN THIS CASE.**

IT IS SO ORDERED.

Dated: _____      _____
　　　　　　　　　　　　　　　　　　　　　Honorable Janet T. Neff

APPROVED AS TO FORM AND CONTENT:

/s/ Lena F. Masri (*w/ permission*)

Attorney for
*Plaintiff Aaminah Ussabur*

Lena F. Masri, Esq. (P73461)
**CAIR NATIONAL**
453 New Jersey Avenue, SE
Washington, DC 20003
*lmasri@cair.com*

/s/ Colleen G. DeRosa
One of the Attorneys for
*Defendant Manpower US Inc.*

Thomas E. Deer
Colleen G. DeRosa
**OGLETREE, DEAKINS, NASH,
　SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
Facsimile:   312.807.3619
*thomas.deer@ogletreedeakins.com*
*colleen.derosa@ogletreedeakins.com*

/s/ Edward J. Bardelli (*w/ permission*)
One of the Attorneys for *Defendants*
*Alticor, Inc. and Access Business Group, LLC*

Edward J. Bardelli, Esq.  (P53849)
Margaret S. Jozwiak, Esq.(P76755)
Danyale M. Phillips, Esq. (P80265)
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
*ebardelli@wnj.com*
*mjozwiak@wnj.com*
*dphillips@wnj.com*