# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AAMINAH USSABUR, | ) |
|                Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-00593 |
| MANPOWER US, INC., a Wisconsin domestic business corporation; | ) Honorable Janet T. Neff |
| ALTICOR, INC., a Virginia foreign profit corporation; | ) Magistrate Judge Ellen S. Carmody |
| and | ) |
| ACCESS BUSINESS GROUP, LLC, a Michigan limited liability corporation; | ) |
|              Defendants. | ) |

---

Lena F. Masri, Esq.
**CAIR NATIONAL**
453 New Jersey Avenue, SE
Washington, DC 20003
*lmasri@cair.com*

***Attorney for Plaintiff***

Edward J. Bardelli, Esq.  (P53849)
Margaret S. Jozwiak, Esq.(P76755)
Danyale M. Phillips, Esq. (P80265)
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
*ebardelli@wnj.com*
*mjozwiak@wnj.com*
*dphillips@wnj.com*

***Attorneys for Defendants Alticor, Inc. and Access Business Group, LLC***

Thomas E. Deer
Colleen G. DeRosa
**OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
Facsimile:   312.807.3619
*thomas.deer@ogletreedeakins.com*
*colleen.derosa@ogletreedeakins.com*

***Attorneys for Defendant Manpower US, Inc.***

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Aaminah Ussabur and Defendants Manpower US, Inc., Alticor, Inc., and Access Business Group, LLC, that Plaintiff's Complaint, including all claims raised or which could have been raised against Defendants and their parent or affiliated companies as of the date of the entry of this Order, is dismissed with prejudice and without costs, interest or attorney fees to any party. **THIS IS A FINAL ORDER THAT DISPOSES OF ALL CLAIMS IN THIS CASE.**

IT IS SO ORDERED.

Dated:  April 5, 2017                                        /s/ Janet T. Neff
                                                                          Honorable Janet T. Neff

APPROVED AS TO FORM AND CONTENT:

 /s/ Lena F. Masri (w/ permission)                         /s/ Edward J. Bardelli (w/ permission)
                                                                               One of the Attorneys for *Defendants*
Attorney for                                                               *Alticor, Inc. and Access Business Group, LLC*
*Plaintiff Aaminah Ussabur*
                                                                                 Edward J. Bardelli, Esq.  (P53849)
Lena F. Masri, Esq. (P73461)                               Margaret S. Jozwiak, Esq.(P76755)
**CAIR NATIONAL**                                             Danyale M. Phillips, Esq. (P80265)
453 New Jersey Avenue, SE                                **WARNER NORCROSS & JUDD LLP**
Washington, DC 20003                                          900 Fifth Third Center
lmasri@cair.com                                                     111 Lyon Street, N.W.
                                                                                 Grand Rapids, MI  49503
 /s/ Colleen G. DeRosa                                            ebardelli@wnj.com
One of the Attorneys for                                         mjozwiak@wnj.com
*Defendant Manpower US Inc.*                            dphillips@wnj.com

Thomas E. Deer
Colleen G. DeRosa
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
Facsimile:   312.807.3619
thomas.deer@ogletreedeakins.com
colleen.derosa@ogletreedeakins.com